IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    *Plaintiff,*

vs.                                                                                  **Civil No. 13-539**

MOSSBERG SHOTGUN, 12 GAUGE, MODEL 500 SN:T979528;
POLY TECH AKS-762 RIFLE, 7.62x39 CALIBER, SN:CS-07370,

    *Defendant,*

And

ISAAC GONZALES AND
DAVID R. VEAZEY,

    *Claimants.*

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff states:

### JURISDICTION AND VENUE

1. This is a civil action *in rem* for forfeiture of Defendants which have been located and will be arrested by execution of a Warrant for Arrest in the District of New Mexico; and during the pendency of this action Defendants, or their equivalent or proceeds thereof, will be subject to the jurisdiction of this Court.

2. The United States District Court for the District of New Mexico has exclusive, original jurisdiction under 28 U.S.C. §§ 1345, 1355 and 1356.

3. Venue is proper under 28 U.S.C. §§ 1355 and 1395.

4. The "res" or Defendant Properties which are the subject of this action are as follows:

    a.     a Mossberg shotgun 12 gauge shotgun SN:T979528;

    b.    a Poly Tech AKS-762 rifle SN:CS-07370;

(hereafter referred to as "Defendant Firearms").

### PARTIES AND CLAIMANTS

5. The following persons may claim an interest in Defendant Firearms:

    (a).    Isaac Gonzales;

    (b).    David R. Veazey.

### STATEMENT OF FACTS

6. On or about June 15, 2011, the Federal Bureau of Investigation (FBI) began an investigation Christopher Roybal Drug Trafficking Organization (DTO). The FBI received information that Roybal was selling large quantities of cocaine in the Albuquerque area. The FBI successfully conducted three separate controlled purchases of one kilogram of cocaine, one controlled purchase of eight ounces of cocaine and multi-pound purchases of high-grade marijuana. Roybal had stated that the his DTO was distributing approximately 15 kilograms of cocaine each week together with distributing high-grade marijuana. Roybal also stated that the DTO generated $60,000 in profits monthly.

7. The following members of the Christopher Roybal DTO distributed controlled substances and collect drug proceeds in and around the North New Mexico: Geroge Roybal, Jonathan Ulibarri, Jairus Granado, Kristen Lucero, Brandy Lucero, Tiana Candelaria, Troy Crawford, Anthony Padilla, Paul Ulibarri, Manuel Valencia and Erick Vigil.

8. Jerome Eckstein, a member of the Roybal DTO, laundered the drug proceeds generated by the Roybal DTO through real estate and other business ventures;

9. Isaac Gonzales supplied cocaine to Cesar Ramirez. Ramirez supplied cocaine to the Roybal DTO. Richard Sanchez was Ramirez' main controlled substances distributor in the Albuquerque area.

10. Jose Lopez supplied Roybal with twenty to thirty pounds of high grade marijuana. Chase Cameron, was Lopez' high grade marijuana distributor and collected drug proceeds from Roybal.

11. On December 12, 2012, a federal grand jury indicted Christopher Roybal and others for distribution of marijuana and cocaine, money laundering and conspiracy. *See United States v. Christopher Roybal, et.al.*, 12cr3182 JB.

12. On December 14, 2012, Federal Bureau of Investigative (FBI) Agents and Albuquerque Police Department (APD) Officers executed a search warrant on Isaac Gonzales' residence located at 469 Wesley Court SW, Albuquerque, NM 87105. The Defendant Firearms were seized from Gonzales' residence.

13. The Defendant Mossberg was purchased by Isaac Gonzales in 2011.

14. The Defendant AKS was purchased by David Veazey in 1989.

### CLAIMS FOR RELIEF

15. Defendant Firearms are subject to arrest and forfeiture to plaintiff under 21 U.S.C. § 881(a)(11) because the property was used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of illegal controlled substances.

**WHEREFORE,** Plaintiff seeks arrest of Defendant Firearms and forfeiture of same to Plaintiff, determination of the validity and priority of claims of the Claimants and any Unknown

Claimants to the Defendant Firearms, costs and expenses of seizure and of this proceeding, and other proper relief.

                                      Respectfully submitted,

                                      KENNETH J. GONZALES
                                      UNITED STATES ATTORNEY

                                      */s/ Stephen R. Kotz*

                                      STEPHEN R. KOTZ
                                      Assistant U.S. Attorney
                                      P.O. Box 607
                                      Albuquerque, New Mexico 87103
                                      (505) 346-7274

## 28 U.S.C. § 1746 DECLARATION

I am a Special Agent with the Federal Bureau of Investigation who has read the contents of the Complaint for Forfeiture *In Rem* to which this Declaration is attached; and the statements contained in the complaint are true to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that this Declaration is true and correct, except as to matters stated on information and belief, and as to those matters I believe them to be true.

DATED: 6/6/13

_____
Geoffrey M. Raby, Special Agent
Federal Bureau of Investigation